UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SANDRA THOMPSON

CRIMINAL ACTION

NO. 10-101-JJB

### RULING AND ORDER

This matter is before the court on a motion by defendant to vacate under 28 USC §2255. The motion is clearly groundless; it merely repeats arguments relative to jury instructions and sufficiency of the evidence that were previously made by Thompson on appeal and rejected by the Fifth Circuit in its mandate issued on June 23, 2014.

Accordingly, the motion (doc. 343) to vacate is hereby DENIED.

Baton Rouge, Louisiana, October 28th, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA